**Exhibit A to the Complaint**

**Location:** Flemington, NJ                                                                                    **IP Address:** 73.226.130.146
**Total Works Infringed:** 35                                                                                  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 1 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | Blacked Raw | 12/04/2018 01:51:02 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 2 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | Blacked Raw | 04/23/2018 22:49:00 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 3 | 082C43A6A41C30507682EB32F25A418C5223436D | Blacked | 08/14/2018 15:18:58 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 4 | 13F8B657984BB039924814A1A97078E76113ADE6 | Blacked | 02/25/2018 17:49:42 | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 5 | 1BE2E342DCA53325684DD457AB5FAEAEC479D40A | Blacked | 06/01/2018 15:56:01 | 05/30/2018 | 07/14/2018 | PA0002131762 |
| 6 | 1D4049513062B062CD16BC94DD23B350354A4D2C | Blacked Raw | 04/23/2018 23:14:15 | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 7 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 08/10/2018 13:09:38 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 8 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | Blacked | 11/26/2018 22:12:32 | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 9 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | Blacked Raw | 08/14/2018 14:34:21 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 10 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 01/05/2018 03:21:30 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 11 | 32746C698A142D414674E13A5EC1C7491E5C2055 | Blacked | 02/20/2018 23:57:48 | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 12 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | Blacked Raw | 08/10/2018 12:56:52 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 13 | 3754C381E6B3DCC20647F7F94277B364471F090F | Blacked | 06/01/2018 15:58:55 | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 14 | 4494BECF6E8B12F5A6A7309B19CD1F5D28E6F481 | Blacked Raw | 04/23/2018 23:00:53 | 02/21/2018 | 03/02/2018 | PA0002104741 |
| 15 | 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78 | Blacked | 10/29/2018 20:46:55 | 10/27/2018 | 12/09/2018 | 17210230762 |
| 16 | 63B0146A0CFC37F1FBF5E924B89EDA4AFD406101 | Blacked Raw | 08/14/2018 15:23:45 | 07/01/2018 | 07/26/2018 | PA0002112161 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | Blacked | 07/11/2018 17:23:38 | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 18 | 716BD92E139BE2039209B3F8C494B7A8356E4774 | Blacked Raw | 12/04/2018 01:44:38 | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 19 | 729F4F046005EFDCD2954C73FC9786EA9522F034 | Blacked | 06/01/2018 15:58:33 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 20 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | Blacked Raw | 01/05/2018 03:15:00 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 21 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | Blacked | 04/18/2018 12:20:09 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 22 | 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2 | Blacked | 08/14/2018 14:42:05 | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 23 | 9A5ACC9C958C00F1B826AC91A7DB3423BCE3F400 | Blacked Raw | 04/18/2018 12:22:07 | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 24 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | Blacked | 10/29/2018 21:18:16 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 25 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 04/23/2018 23:14:20 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 26 | AF545FBB35E11D33863DFAA23556011AD22E9F7D | Blacked Raw | 04/23/2018 22:50:52 | 03/13/2018 | 04/17/2018 | PA0002116738 |
| 27 | B72D3C77D269B4C27197B79F5D0E68B4E1A7E096 | Blacked | 11/26/2018 22:17:43 | 11/21/2018 | 12/31/2018 | 17271449372 |
| 28 | CD697A3549A0F9C1A1B30D3FE01F50E6F82FA365 | Blacked | 04/18/2018 12:19:13 | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 29 | CDB428717D9C325AE13709F5E8B856BAA09B84D4 | Blacked | 11/26/2018 22:05:21 | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 30 | CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A | Blacked | 12/04/2018 01:48:08 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 31 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | Blacked Raw | 08/14/2018 15:17:17 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 32 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 04/23/2018 23:11:08 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 33 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 08/10/2018 12:56:05 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 34 | F79E9037C1959A36DDE9D3A3C60906BED4EBBAF3 | Blacked | 01/05/2018 03:24:35 | 12/31/2017 | 01/15/2018 | PA0002099700 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 35 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 04/23/2018 23:19:44 | 09/22/2017 | 10/10/2017 | PA0002057455 |